# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2022-2845
LT Case No. 2020-303632-CFDB

_____

STEPHEN ALLEN,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Bryan A. Feigenbaum, Judge.

Michael C. Nappi, Office of Criminal Conflict and Civil Regional
Counsel, Casselberry, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

August 20, 2024

PER CURIAM.

  AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____